In The United States District Court
for the Eastern District of North Carolina

Donna Lynn Robinson     ]
Social Security Claim Number   ]
      Plaintiff,    ]
              ]
     v.       ]   Civil Action No. 4:13-cv-103-BO
              ]
Carolyn W. Colvin,      ]
Acting Commissioner of Social Security, ]
      Defendant.   ]

### ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412

On October 7, 2014, Plaintiff filed a motion for fees in the amount of $5439.00 pursuant

to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). On October 21, 2014, Defendant filed a

response indicating that the Commissioner has no objection to Plaintiff's request for fees in that

amount.

Pursuant to the power of this Court to award attorney fees under the Equal Access to

Justice Act (EAJA), 28 U.S.C. § 2412, and in light of this Court's Judgment reversing the

Commissioner's decision and awarding benefits,

IT IS THEREFORE ORDERED that the Plaintiff be allowed attorney fees of $5439.00,

which the Court finds to be reasonable, in full satisfaction of any and all EAJA attorney fee

claims Plaintiff may have in this case and that payment be made directly to counsel for Plaintiff.

Pursuant to the United States Supreme Court's ruling in Astrue v. Ratliff, 130 S. Ct. 2521

(2010), these attorney fees are payable to Plaintiff as the prevailing party and are subject to offset

through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may

owe to the United States Government. If, subsequent to the entry of this Order, the

Commissioner determines that Plaintiff owes no debt to the United States that would subject this

award of attorney fees to offset, or if there is a remainder from the offset, Defendant will direct

that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly

signed by Plaintiff and counsel.

SO ORDERED, this the ____ 5 ____ day of November, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE